IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jajah Inc., | NO. C 09-00580 JW |
|       Plaintiff, | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Stanacard LLC, | |
|       Defendant. | |

      This case is scheduled for an Interim Case Management Conference on November 2, 2009. The parties have timely filed an Interim Joint Case Management Statement.  (See Docket Item No. 33.)  Upon review of the Joint Statement, the Court finds that the Interim Case Management Conference is not necessary at this time.

      Accordingly, the Court VACATES the Interim Case Management Conference.

Dated:  October 27, 2009

                                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David S. Bloch dbloch@winston.com
James Chung-Yul Yoon jyoon@wsgr.com
Jason Charkow jcharkow@winston.com
Matthew A Argenti margenti@wsgr.com
Scott R. Samay ssamay@winston.com
Seungtaik Michael Song msong@wsgr.com
Signe B. Purup spurup@winston.com

**Dated:  October 27, 2009**                               **Richard W. Wieking, Clerk**

                                                                        **By:     /s/ JW Chambers            **
                                                                                 **Elizabeth Garcia**
                                                                                 **Courtroom Deputy**

United States District Court
For the Northern District of California