David S. Bloch (SBN 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Scott R. Samay *(admitted pro hac vice)*
Jason S. Charkow *(admitted pro hac vice)*
ssamay@winston.com
jcharkow@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Peter C. McCabe III
W. Gordon Dobie
pmmccabe@winston.com
wdobie@winston.com
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant and Cross-Plaintiff STANACARD, LLC*

**IT IS SO ORDERED**
Judge James Ware
1/20/2010

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAJAH, INC/, a Delaware Corporation, ) | **Case No. 09-CV-00580-JW** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| ) | |
| STANACARD, LLC, a Delaware Limited ) | |
| Liability Company, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Signe Purup, one of the lawyers for the Defendant and Counterclaimant STANACARD, LLC, has resigned from her position at Winston & Strawn LLP and may be removed from the Court's e-filing and notification system. The other attorneys with appearances on file will continue to represent Defendant in this matter.

1
NOTICE OF WITHDRAWAL OF ATTORNEY                                Case No. 09-CV-00580-JW

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

| | |
|---|---|
| Dated: October 19, 2009 | WINSTON & STRAWN LLP |
| | By: /s/ David S. Bloch |
| | David S. Bloch |
| | Scott R. Samay |
| | Peter C. McCabe |
| | W. Gordon Dobie |
| | Jason S. Charkow |
| | *Attorneys for Defendant,* |
| | *STANACARD, LLC* |

SF:264634.2