| | |
|---|---|
| James C. Yoon, SBN 177155<br>Email: jyoon@wsgr.com<br>S. Michael Song, SBN 198656<br>Email: msong@wsgr.com<br>Matthew A. Argenti, SBN 240954<br>Email: margenti@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>*Attorneys for Plaintiff and Counterclaim Defendant JAJAH, INC.* | David S. Bloch (SBN 184530)<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5802<br>Telephone:   (415) 591-1000<br>Facsimile:   (415) 591-1400<br>E-mail: dbloch@winston.com<br><br>Scott R. Samay<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>E-mail: ssamay@winston.com<br><br>Peter C. McCabe III<br>W. Gordon Dobie<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>E-mail: pmccabe@winston.com<br>E-mail: wdobie@winston.com<br><br>*Attorneys for Defendant and Cross-Plaintiff STANACARD, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAJAH, INC., a Delaware Corporation,<br><br>       Plaintiff,<br>  v.<br><br>STANACARD, LLC, a Delaware Limited Liability Company,<br><br>       Defendant.<br><br>STANACARD, LLC, a Delaware Limited Liability Company,<br><br>       Cross-Plaintiff,<br>  v.<br><br>JAJAH, INC., a Delaware Corporation,<br><br>       Cross-Defendant. | **Case No. 09-CV-00580-JW**<br><br><br><br><br><br><br><br>**JOINT STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE A JOINT STATUS REPORT** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties, pursuant to Civil L.R. 6-2 and subject to the Court's approval, that the time set for filing a Joint Status Report informing the Court of the status of the parties' mediation efforts pursuant to the Court's Scheduling Order dated May 25, 2010, be, and it hereby is, extended from July 12, 2010 to September 27, 2010.

This is the first extension requested for this deadline. The reason for this extension is that the parties have been productively meeting, in-person and by telephone, outside of the mediation process in an attempt to reach settlement.  In the event the on-going discussions are unsuccessful, the parties have agreed to conduct mediation by September 15, 2010.

The extension is not anticipated to impact the case schedule. This stipulation is made in good faith and without any intent to cause delay or prejudice, but to allow the parties a reasonable opportunity to continue negotiations to resolve their differences and reach settlement. The parties to this proceeding therefore request that the Honorable Court reset the deadline for filing a Joint Status Report informing the Court of the status of the parties' mediation efforts for good cause shown herein.

Dated: July 1, 2010             WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

                                By: /s/ James C. Yoon
                                    James C. Yoon
                                    S. Michael Song
                                    Matthew A. Argenti
                                    jyoon@wsgr.com
                                    msong@wsgr.com
                                    margenti@wsgr.com

                                Attorneys for Plaintiff and Counterclaim Defendant,
                                JAJAH, INC.

Dated: July 1, 2010             WINSTON & STRAWN LLP

                                By: /s/ David S. Bloch
                                    David S. Bloch
                                    Scott R. Samay
                                    Peter C. McCabe
                                    W. Gordon Dobie
                                    dbloch@winston.com
                                    ssamay@winston.com
                                    pmccabe@winston.com

wdobie@winston.com

Attorneys for Defendant and Cross-Plaintiff, STANACARD, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____July 8____, 2010

_____
UNITED STATES DISTRICT JUDGE
JAMES WARE

**<u>ATTESTATION PURSUANT TO GENERAL ORDER 45.X</u>**

I, S. Michael Song, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

Dated: July 1, 2010

                                              By: /s/ S. Michael Song  
                                                           S. Michael Song