1
2
3
4
5
6
7
8
9
10
11
12
13
14



15      **UNITED STATES DISTRICT COURT**

16      **NORTHERN DISTRICT OF CALIFORNIA**

17  JAJAH, INC., a Delaware Corporation,  )  **Case No. 09-CV-00580-JW**
                                          )
18          Plaintiff,                    )
                                          )  **ORDER SETTING STATUS**
19      v.                                )  **CONFERENCE RE: SETTLEMENT;**
                                          )  **TERMINATING PENDING MOTION**
20  STANACARD, LLC, a Delaware Limited    )
    Liability Company,                    )
21                                        )
            Defendant.                    )
22  _____)
                                          )
23  AND RELATED COUNTERCLAIMS.            )
                                          )
24                                        )
25
26
27
28

1

On October 22, 2010, the parties filed a Notice of Settlement.  (Docket Item No. 71.)  The parties represent that they will execute and file a notice of voluntary dismissal within 16 business days.  Based on the parties' representation, the Court finds good cause to vacate all trial and pretrial dates and orders as follows:

(1)  The Court sets **November 22, 2010 at 10 a.m.** as a Status Conference re: Settlement.

(2)  On or before **November 12, 2010**, the parties shall either file a Stipulated Dismissal to close this case or a Joint Statement re: Settlement updating the Court on the status of the parties' settlement efforts.  To the extent the parties require additional time to reduce their settlement into a writing, the parties shall specify the time needed in the Joint Statement.

(3)  In light of the settlement, the Court deems Plaintiffs' Motion for Summary Judgment currently set for hearing on November 22, 2010 as being withdrawn.  (Docket Item No.58.)  Thus, the Clerk shall terminate this Motion from the docket.

Dated:  October 28, 2010

_____
JAMES WARE
United States District Judge