James C. Yoon, SBN 177155
    Email: jyoon@wsgr.com
S. Michael Song, SBN 198656
    Email: msong@wsgr.com
Matthew A. Argenti, SBN 240954
    Email: margenti@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Plaintiff and Counterclaim
Defendant JAJAH, INC.*

David S. Bloch (SBN 184530)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-mail: dbloch@winston.com

Scott R. Samay
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: ssamay@winston.com

Peter C. McCabe III
W. Gordon Dobie
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
E-mail: pmccabe@winston.com
E-mail: wdobie@winston.com

*Attorneys for Defendant and
Counterclaim-Plaintiff STANACARD, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAJAH, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>STANACARD, LLC, a Delaware Limited Liability Company,<br><br>    Defendant.<br>─────────────────────────────<br>STANACARD, LLC, a Delaware Limited Liability Company,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>JAJAH, INC., a Delaware Corporation,<br><br>    Counterclaim-Defendant. | **Case No. 09-CV-00580-JW**<br><br><br><br><br><br><br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the Stipulation for Dismissal filed by Plaintiff and Counterclaim-Defendant Jajah, Inc. ("Jajah") and Defendant and Counterclaim-Plaintiff Stanacard, LLC ("Stanacard"). The parties having informed the Court that they have settled their respective claims and counterclaims at issue in this case, it shall be and hereby is, ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this action between Jajah and Stanacard are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Clerk shall close this file.

Dated: November 12, 2010

_____
UNITED STATES DISTRICT JUDGE
JAMES WARE